## Commonwealth *v.* Taylor, Appellant.

Argued June 10, 1970.

*Francis S. Wright,* Assistant Defender, with him *Warren J. Borish* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thomas, Appellant.

Argued June 9, 1970. *Maxwell P. Gorson,* for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thompson, Appellant.

Argued June 11, 1970. *Stanley M. Shingles,* and *Fineman & Fineman,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.